# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Melvin Portillo Hernandez,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:16-cv-00231-FDW |
| | ) | 05CRS204915;916 |
| vs. | ) | |
| | ) | |
| **Nora Hunt and Frank L. Perry ,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 13, 2017 Order.

February 13, 2017

Frank G. Johns, Clerk
United States District Court